UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>      Plaintiff(s),<br><br>  v.<br><br>ALVIN FLORIDA, JR., et al.,<br><br>      Defendant(s). | No. C09-227 BZ<br><br>**BRIEFING ORDER** |

In light of the discussion during the case management conference held on May 18, 2009, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's opposition to defendants' motion for judgment on the pleadings shall be filed by **May 27, 2009**;

2. Defendants' reply, if any, shall be filed by **June 6, 2009**;

3. A hearing is scheduled for **June 24, 2009 at 10:00 a.m.** in Courtroom G, on 15th Floor of the Federal

///

///

1

1 | Building, 450 Golden Gate Avenue, San Francisco, California
2 | 94102.
3 | Dated: May 19, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\BROSNAN V. FLORIDA\RELATED CASE DOCUMENTS\BRIEFING ORDER.wpd

2