UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>       Plaintiff(s),<br><br>  v.<br><br>ALVIN FLORIDA, JR., et al.,<br><br>       Defendant(s). | No. C09-227 BZ<br><br>**JUDGMENT** |

Having granted defendants' motion for judgment on the pleadings and having declined to exercise supplemental jurisdiction over plaintiff's state law claims, **IT IS ORDERED** that plaintiff recover nothing, the federal claims be **DISMISSED** on the merits, the state claims be **DISMISSED** without prejudice, and defendants recover costs from plaintiff as permitted by law.

Dated: June 22, 2009

                                      Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-BZCASES\BROSNAN V. FLORIDA\RELATED CASE DOCUMENTS\JUDGMENT.wpd

1